# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYREE TYQUAN MOY,** | : | CIVIL NO. 1:18-CV-1575 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **KEVIN DEPARLOS**, *et al.*, | : | |
| | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 5th day of September, 2019, upon consideration of defendants' motions (Docs. 30, 31) to dismiss, and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The Lycoming County defendants' motion (Doc. 30) is GRANTED in part and DENIED in part as follows:

    a. The claims against Kevin DeParlos, Brad Shoemaker, Ryan Barnes, and Harry Entz are DISMISSED. The Clerk of Court is directed to TERMINATE Kevin DeParlos, Brad Shoemaker, Ryan Barnes, and Harry Entz as parties to this action.

    b. The motion is DENIED in all other respects.

2. Dr. Keenan's motion (Doc. 31) is DENIED.

3. The remaining defendants shall FILE an answer or appropriate pretrial motion within thirty (30) days of the date of this order.

4. Plaintiff request (Doc. 49) for default judgment is DISMISSED.

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania