# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYREE TYQUAN MOY,** | : | **CIVIL NO. 1:18-CV-1575** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **DOCTOR KEENAN,** *et al.*, | : | |
| **Defendants** | : | |

# **ORDER**

AND NOW, this 12th day of November, 2019, upon consideration of plaintiff's motion (Doc. 61) for reconsideration, wherein he requests that the court reconsider its order (Doc. 50) denying appointment of counsel, and seeks appointment of counsel for the purpose of his deposition, and it being clear that defendants have not filed a motion to depose Moy, who is presently incarcerated in a state correctional facility, see FED. R. CIV. P. 30(a)(2)(B) ("A party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(1) and (2) . . . if the deponent is confined in prison."), and, thus, the record does not indicate to the court that a deposition has been scheduled, and, furthermore, Moy has continued to demonstrate a reasonable ability to litigate this action *pro se*, and his latest motion fails to set forth sufficient special circumstances or factors which would warrant the appointment of counsel, see Tabron v. Grace, 6 F.3d 147, 153,

155-57 (3d Cir. 1993), it is hereby ORDERED that the motion (Doc. 61) for reconsideration is DENIED and the renewed request for appointment counsel is DENIED as premature.

                                      <u>/S/ Christopher C. Conner</u>
                                      Christopher C. Conner, Chief Judge
                                      United States District Court
                                      Middle District of Pennsylvania