IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYREE TYQUAN MOY,** | : | CIVIL ACTION NO. 1:18-CV-1575 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **DOCTOR KEENAN, KIM POORMAN, MAELYNNE MURPHY, ERIN DVORSCAK, IESHA LEATHERBURY-GLOVER,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 16th day of February, 2022, upon consideration of the motion (Doc. 113) for summary judgment by defendants Poorman, Murphy, Dvorscak, and Glover, and the motion (Doc. 116) for summary judgment by defendant Keenan, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motions (Docs. 113, 116) are GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of defendants and against plaintiff.

3. The Clerk of Court is further directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania